

# Missouri Court of Appeals
## Southern District

**MAY 27, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD32748

      Re:    DONNA S. SPROUSE,
             Claimant-Appellant,
             vs.
             TREASURER OF THE STATE OF
             MISSOURI AS CUSTODIAN OF
             SECOND INJURY FUND,
             Respondent.